DAVID E. McALLISTER (AZ BN 021551)
JOSEPHINE E. PIRANIO (AZ BN 020630)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858)750-7600
Facsimile: (619) 590-1385
jsalmon@piteduncan.com

Attorneys for AURORA LOAN SERVICES, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL A SANTANGELO AND CHERYL A SANTANGELO,<br><br>Debtor(s). | Case No. 2:09-BK-24534-CGC<br><br>Chapter 7<br><br>ORDER FOR RELIEF |
| AURORA LOAN SERVICES, LLC,<br><br>Movant,<br><br>v.<br><br>MICHAEL A SANTANGELO AND CHERYL A SANTANGELO, Debtor(s); and JILL H. FORD, Chapter 7 Trustee,<br><br>Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay having been duly served upon Respondent, Respondent's counsel, and the Trustee, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.     The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust commonly known as 2311 East Hartford Avenue 28, Phoenix, Arizona 85022 ("Real Property"), which is legally described as:

-1-

LOT 28, BELL CREEK TOWNHOMES, ACCORDING TO BOOK 241 OF MAPS, PAGE 27 AND AFFIDAVIT OF CORRECTION IN DOCKET 16060, PAGE 70, RECORDS OF MARICOPA COUNTY, ARIZONA.

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

4. Upon foreclosure, in the event Debtors fail to vacate the Property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

5. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case;

6. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

7. Counsel for Movant is to serve a copy of this Order immediately upon Debtors, Debtors' counsel, the Trustee, and all other interested parties entitled to Notice of Motion.

DATED this _____ day of _____, 2009.

UNITED STATES BANKRUPTCY JUDGE